# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:**

City: Vienna
Superseding Indictment:
**Criminal No.**

County: Fairfax
Same Defendant:
New Defendant:

Magistrate Judge Case No.: 1:24-mj-144
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Russell Richardson Vane, IV
Alias(es): Duke Russ Hampel, Duk
☐ Juvenile
FBI No.:

**Address:** Vienna, Virginia 22182

Employment:

**Birth Date:** xx/xx/1982
**SSN:** xxx-xx-xxxx
**Sex:** Male
Race:
Nationality:

**Place of Birth:**
Height:
Weight:
Hair:
Eyes:
Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**
Auto Description:

## Location/Status:

**Arrest Date:** Apr 10, 2024
☒ Already in Federal Custody as of: Apr 10, 2024
in: Alexandria, Virginia

☐ Already in State Custody      ☐ On Pretrial Release      ☐ Not in Custody
☐ Arrest Warrant Requested     ☐ Fugitive                 ☐ Summons Requested
☐ Arrest Warrant Pending       ☐ Detention Sought         ☐ Bond

## Defense Counsel Information:

Name:
☐ Court Appointed
Counsel Conflicts:

Address:
☐ Retained

Phone:
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Danya Atiyeh, Amanda St. Cyr
**Phone:** 703 299 3700
Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

FBI Special Agent Marc Gastaldo

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 175(a) | Production of biological agent | One | Felony |
| Set 2: | | | | |

**Date:** 4/11/2024      **AUSA Signature:** /s/ Amanda St. Cyr      *may be continued on reverse*