FILED
IN OPEN COURT

MAY - 8 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-101 |
| v. | Count One: 18 U.S.C. § 175(a) (Production of Ricin for Use as a Weapon) |
| | Count Two: 18 U.S.C. § 175(b) (Possession of Ricin for Non-Peaceful Purpose) |
| RUSSELL RICHARDSON VANE IV, a/k/a "Duke Russ Hampel," a/k/a "Duke," | Count Three: 18 U.S.C. § 175b(c)(1) (Possession of a Select Agent by an Unregistered Person) |
| *Defendant.* | Count Four: 18 U.S.C. § 842(p) (Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction) |

**INDICTMENT**

May 2024 Term—Alexandria

COUNT ONE

(Production of Ricin for Use as Weapon)

THE GRAND JURY CHARGES THAT:

From in and around December 2022, through on or about April 10, 2024, at or near

Vienna, Virginia, in the Eastern District of Virginia, the defendant, RUSSELL RICHARDSON

VANE IV, a/k/a "Duke Russ Hampel," a/k/a "Duke," knowingly developed, produced,

stockpiled, acquired, retained, and possessed for use as a weapon a toxin as defined in 18 U.S.C.

§ 178(2), to wit, ricin, and attempted to do the same.

(In violation of Title 18, United States Code, Section 175(a).)

COUNT TWO

(Possession of Ricin for Non-Peaceful Purpose)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 10, 2024, at or near Vienna, Virginia, in the Eastern District of Virginia, the defendant, RUSSELL RICHARDSON VANE IV, a/k/a "Duke Russ Hampel," a/k/a "Duke," knowingly possessed a toxin as defined in 18 U.S.C. § 178(2), to wit, ricin, of a type or quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose.

(In violation of Title 18, United States Code, Section 175(b).)

3

## COUNT THREE

(Possession of a Select Agent by an Unregistered Person)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 10, 2024, at or near Vienna, Virginia, in the Eastern District of Virginia, the defendant, RUSSELL RICHARDSON VANE IV, a/k/a "Duke Russ Hampel," a/k/a "Duke," knowingly possessed a toxin as defined in 18 U.S.C. § 178(2), to wit, ricin, a select agent for which he had not obtained a registration required by regulations under section 351A(c) of the Public Health Service Act.

(In violation of Title 18, United States Code, Section 175b(c)(1).)

4

## COUNT FOUR

(Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction)

THE GRAND JURY FURTHER CHARGES THAT:

From in or around February 2024 through in or around March 2024, in Vienna, Virginia, in the Eastern District of Virginia, and elsewhere, the defendant, RUSSELL RICHARDSON VANE IV, a/k/a "Duke Russ Hampel," a/k/a "Duke," distributed information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence.

(In violation of Title 18, United States Code, Section 842(p)(2)(A).)

<u>FORFEITURE NOTICE</u>

THE GRAND JURY FURTHER CHARGES that there is probable cause that the property described below is subject to forfeiture.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, RUSSELL RICHARDSON VANE IV, is hereby notified that that upon conviction of any of the offenses set forth in Counts One through Three, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. §§ 176(b), 981(a)(1)(C), and 28 U.S.C. § 2461(c), the following: (1) any property, real or personal, constituting or derived from proceeds traceable to the offense; and (2) any biological agent, toxin, or delivery system.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, RUSSELL RICHARDSON VANE IV, is hereby notified that upon conviction of the offense alleged in Count Four, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. §§ 844(c)(1), 982(a)(2)(B), and 28 U.S.C. § 2461(c), the following: (1) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense; and (2) any explosive materials involved or used or intended to be used in the offense.

Pursuant to 21 U.S.C. § 853(p), RUSSELL RICHARDSON VANE IV shall forfeit substitute property, if, by any act or omission of RUSSELL RICHARDSON VANE IV, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the

6

Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Sections 176(b), 844(c)(1), 981(a)(1)(C), and 982(a)(2)(B); Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

A TRUE BILL:

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

_____
Foreperson of the Grand Jury

JESSICA D. ABER
United States Attorney

By:  _____
Danya E. Atiyeh
Amanda St. Cyr
Assistant United States Attorneys