# UNITED STATES DISTRICT COURT
# CHANGE OF PLEA MINUTES

Date: **8/21/2024**  
Time: **9:00-9:44**

Case No.: **1:24-CR-101**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Yolanda Guyton**  
Interpreter:  
Language:

**UNITED STATES of AMERICA**

V.

**RUSSELL RICHARDSON VANE, IV**

Counsel for Defendant  
**John Yancey Ellis**  
**Robert Moscati, Sr.**

Counsel for Government  
**Amanda St. Cyr**  
**Danya Atiyeh**  
**Gavin Tisdale**

**PROCEEDINGS:**

Defendant w/d his NG plea and PG to Count 3 of the Indictment.  
Court accepts plea.  
Sentencing scheduled for **11/13/2024 at 9:00 a.m.**  
Jury Trial currently set for 9/30/2024 at 10:00 a.m. is OFF.

**Matter called for**:  
[ ] Pre Indictment Plea     [**X**] Change of Plea     [ ] Plea Agreement

**Filed in open court under seal**:  
[ ] Information   [**X**] Plea Agreement   [**X**] Statement of Facts   [ ] Waiver of Indictment  
[ ] Consent Order of Forfeiture

**Arraignment & Plea**:  
[ ] WFA     [ ] FA     [**X**] PG

[**X**] Deft entered a Plea of Guilty to Count 3 of the [**X**] Indictment [ ] Information  
[**X**] Plea accepted.  
[ ] Government's Motion to dismiss  
[**X**] Deft advised of his appeal rights.  
[**X**] Deft Directed to USPO     [**X**] Yes     [ ] No  
[**X**] Case continued to **11/13/2024** at **9:00 a.m.,** for:  
[ ] Jury Trial   [ ] Bench Trial   [ ] Pre-Guidelines Sentencing   [**X**] Guidelines Sentencing

[**X**] Deft Remanded     [ ] Deft Released on Bond     [ ] Deft Continued on bond

#43 Deft Motion for Release from Custody Pending Sentencing is argued and GRANTED.  
    Deft to be released to his wife on 3rd party custodian bond with special conditions and when GPS monitor is available.