IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cr-101 |
| | ) | |
| RUSSELL RICHARDSON VANE, 1V | ) | Hon. Anthony J. Trenga |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS REMAINING COUNTS**

The United States of America, through its attorneys, Jessica D. Aber, United States Attorney, and Danya E. Atiyeh and Amanda St. Cyr, Assistant United States Attorneys, hereby moves this Court to dismiss Counts One, Two, and Four of the in the above-captioned case as to this defendant.

Respectfully submitted,

Jessica D. Aber
United States Attorney


By:    /s/
Danya E. Atiyeh
Amanda St. Cyr
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Email: danya.atiyeh@usdoj.gov
         amanda.st.cyr@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2024, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

By:      /s/
         Amanda St. Cyr
         Assistant United States Attorney
         United States Attorney's Office
         Eastern District of Virginia
         2100 Jamieson Avenue
         Alexandria, Virginia 22314
         Phone: (703) 299-3700
         Email: amanda.st.cyr@usdoj.gov